

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                            4:06cr88-02 JMM

TORY EDWARD HOLMES                                              DEFENDANT(S)

### ORDER MODIFYING CONDITIONS OF RELEASE

The Order Setting Conditions of Release is amended to include home incarceration on the weekends at the direction of the U.S. Probation Office. The remaining conditions, including electronic monitoring during the week, remain in full effect.

IT IS SO ORDERED this 10th day of April 2006.

U.S. Magistrate Judge John F. Forster, Jr.